```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
                     CAMDEN VICINAGE
```

| | |
|---|---|
| JOHN W. FINK,<br><br>      Plaintiff,<br><br>    v.<br><br>EDGELINK, INC., et al.,<br><br>      Defendants. | Civil No. 09-5078-NLH-KMW |

## AMENDED SCHEDULING ORDER

       This Scheduling Order confirms the directives given to counsel during the ON-THE-RECORD, telephone status conference held on **December 7, 2010**, and the Court noting the following appearances: Ralph A. Jacobs, Esquire, appearing on behalf of the plaintiff; Edward T. Fisher, Esquire, Pro Hac Vice, appearing on behalf of defendant Edgelink, Inc.; and Gary M. Marek, Esquire, appearing on behalf of defendant Kaydon A. Stanzione;

       IT IS this **21st** day of **December, 2010**, hereby **ORDERED:**

       1.  On or before **December 17, 2010**, plaintiff must provide defendants with any written communication he has made to the Internal Revenue Service as referenced in plaintiff's counsel letter dated November 19, 2010.

       2.  Pretrial factual discovery is hereby extended to **January 28, 2011.** All pretrial discovery shall be concluded by that date. All discovery motions and applications pursuant to L. Civ. R. 37.1(a)(1) shall be made returnable before the expiration of pretrial factual discovery.

       3. All expert reports and expert disclosures along with any dispositive motions, will be determined during the next conference.

       4. The Court will conduct a telephone status conference on **January 25, 2011 at 10:00 a.m.** Counsel for the plaintiff shall initiate the call.

       5. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period

sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Karen M. Williams
KAREN M. WILLIAMS
United States Magistrate Judge

cc:  Hon. Noel L. Hillman