**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN W. FINK,<br><br>       Plaintiff,<br><br>   v.<br><br>EDGELINK, INC., and<br>KAYDON A. STANZIONE,<br>       Defendants. | Civil No. 09-5078<br>(NLH)(KMW)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

**IT IS HEREBY** on this   27th   day of March, 2012

**ORDERED** that defendants' motions for summary judgment [91, 92] are **GRANTED**; and it is further

**ORDERED** that plaintiff's motion to seal portions of the record [131] is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk of the Court shall mark this action as **CLOSED**.

 

                                                  s/ Noel L. Hillman

At Camden, New Jersey         NOEL L. HILLMAN, U.S.D.J.